

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. AP-75,973

### EX PARTE JUAN ANTONIO SCHWARTZ, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. F-9900557-PR IN THE 265TH ISTRICT COURT FROM DALLAS COUNTY

*Per curiam.*

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated robbery and sentenced to seventy-five years' imprisonment.

Applicant contends that his judgment incorrectly reflects that a $1000 fine was assessed. The trial court found that a fine was imposed when Applicant was initially placed on deferred adjudication community supervision, but the trial court did not verbally indicate that a fine would be imposed when he assessed punishment after Applicant's community supervision was

subsequently revoked.  The judgment reflects that a $1000 fine was assessed.  Applicant is entitled

to relief. *Taylor v. State*, 131 S.W.3d 530 (Tex. Crim. App. 2004).

Relief is granted.  The judgment in Cause No. F-9900557-PR in the 265th Judicial District

Court of Dallas County is reformed to delete reference to a fine being imposed.  Applicant's other

grounds are denied.

Delivered: August 20, 2008
Do Not Publish